**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7500**

DAVID E. HILL,

             Plaintiff – Appellant,

      v.

HARVIE WILKINSON, Chief Judge; PAUL V. NIEMEYER, U.S.
Circuit Judge; MICHAEL, U.S. Circuit Judge; WIDENER, U.S.
Circuit Judge; DIANA G. MOTZ, U.S. Circuit Judge; ROBERT B.
KING, U.S. Circuit Judge; DENNIS W. SHEDD, U.S. Circuit
Judge; T. S. ELLIS, III, U.S. District Judge; CLAUDE M.
HILTON, U.S. District Judge,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:13-cv-00127-RAJ-DEM)

Submitted:  February 18, 2015      Decided:  February 24, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David E. Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Hill appeals the district court's order dismissing his Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), action without prejudice, and the court's subsequent order denying Hill's Fed. R. Civ. P. 59(e) motion to alter or amend that judgment and to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hill v. Wilkinson, No. 2:13-cv-00127-RAJ-DEM (E.D. Va. Feb. 3, 2014 & Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED